```
1  IAN M. SAMMIS
   Attorney at Law
2  Cal. State Bar #45883
3  1108 Tamalpais Avenue, #1
   San Rafael, CA 94901
4  Tel.: 415-457-4200

5  Attorney for Plaintiff
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| BENIKA DAVISON O/B/O LAMONT D. ELKINS, JR., | ) ) | CIVIL No.: C 05-02240 JCS |
| Plaintiff, | ) ) | STIPULATION AND ORDER |
| vs. | ) ) | STAYING PROCEEDINGS |
| Jo Anne B. Barnhart, Commissioner of Social Security, | ) ) ) | |
| Defendant. | ) ) | |

IT IS HEREBY STIPULATED by and between the undersigned attorneys, subject to the approval of the Court, that proceedings in the above-captioned case are stayed pending the disposition of the Notice of Related Case, docket # 7, by Judge Armstrong, filed earlier in this Court which has yet to be decided. The parties further agree and stipulate that Plaintiff's reply to Defendant's motion to dismiss in the above-captioned case will be due no later than 14 days following the disposition of the Notice of Related Case by Judge Armstrong

Good cause having been shown, the parties agree and stipulate to Plaintiff's being allowed to stay his above captioned case.

/

/

/

/

Dated: September 7, 2005

Signed /Ian M. Sammis/

_____
IAN M. SAMMIS
Attorney for Plaintiff

Dated: September 8, 2005

Signed /Sara Winslow/

_____
SARA WINSLOW
ASSISTANT U.S. Attorney
    And Attorney for the Commissioner

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: September 12 , 2005

_____
JOSEPH C. SPERO
Honorable United States ~~District~~ Magistrate Judge

Dated: September 7, 2005

[signature]

IAN M. SAMMIS
Attorney for Plaintiff

Dated: September 8, 2005

[signature]

SARA WINSLOW
ASSISTANT U.S. Attorney
And Attorney for the Commissioner

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: September    , 2005

_____
JOSEPH C. SPERO
Honorable United States District Magistrate Judge